UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY LANDRY | CIVIL ACTION |
| VERSUS | NO: 04-2794 |
| ATLANTIC RECORDING CORPORATION ET AL. | SECTION: "S" (1) |

## ORDER AND REASONS

Troy Landry filed a complaint for damages, declaratory judgment, and injunctive relief against the defendants, Atlantic Recording Corporation, Lava Records, Inc., Warner-Tamerland Publishing Corporation, Thirty-Two Mile Music, Gaje Music, Cradle the Balls, Buried Bone Music, Robert James Ritchie, Mathew Shafer, John Travis, and Kenny Olson, alleging copyright infringement and unfair competition. In 1994, Landry, a song writer, released a record which included musical works entitled "Love Funk" and "Feel It." He alleges that, in 1998, the defendants released "Somebody's Gotta Feel This," which is strikingly or substantially similar to Landry's copyrighted songs. The issues of liability and damages were bifurcated, and the parties will proceed to trial on the issue of liability.

Landry filed a motion to compel the production of documents by the defendants on the issue of liability. The defendants offered the following stipulation to avoid the need for

discovery: "Each of the defendants has commercially exploited the song 'Somebody's Gotta Feel This' in some manner." Based on the stipulation, the magistrate judge granted in part and denied in part the motion to compel. The magistrate judge ordered the defendants to file a supplemental response to written discovery incorporating the stipulation.

Landry filed a "Motion to Review Magistrate Judge's Order" as to requests Nos. 3, 13, 14, 17, and 18. An order issued by a magistrate judge concerning nondispositive pretrial matters is reviewed by the district court under the clearly erroneous standard. See Perales v. Casillas, 950 F.2d 1066, 1070 (5th Cir. 1992); 28 U.S.C. § 636(b)(1)(A).

Landry contends that the defendants have not produced a single document in the case and have objected to every request. Landry argues that, unless the defendants are willing to stipulate that their song infringes on Landry's composition and that all the defendants are liable, the stipulation "does plaintiff no good." Landry argues that the stipulation does not foreclose a later assertion that the stipulation does not satisfy Landry's burden of proof to show that each defendant is liable if an infringement occurred.

**IT IS HEREBY ORDERED** that the magistrate judge's order denying requests Nos. 3 and 5 is **AFFIRMED**. Landry has not shown that the magistrate judge's order denying requests concerning the ownership of the "Somebody's Gotta Feel This" (No. 3) and agreements and communications between each defendant (No. 5) is clearly erroneous and that the requests are not satisfied by the stipulation.

**IT IS FURTHER ORDERED** that the magistrate judge's order denying requests Nos. 13, 14, 17, and 18 is **REVERSED**. Documents related to agreements or arrangements among

the defendants concerning the production and distribution of the recording that is the subject of the complaint and the identity of persons who participated in the production and distribution and their relationship to any defendant are not the subject of the stipulation and are relevant to the issue of liability.  The defendants are hereby ordered to produce the requested documents.

New Orleans, Louisiana, this  11th  day of June, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**