UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY LANDRY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-2794** |
| **ATLANTIC RECORDING CORPORATION ET AL.** | **SECTION: "S" (1)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that the defendants' motion for costs and attorney's fees, pursuant to 17 U.S.C. § 505, is **DENIED** as untimely.  (Document # 109.)

### I. BACKGROUND

Troy Landry filed a complaint against Atlantic Recording Corporation, Atlantic Ventures, Inc. d/b/a Atlantic Recording Ventures, Lava Records, LLC, Warner-Tamerlane Publishing Corporation, Thirty-Two Mile Music, Gaje Music, Cradle the Balls, Buried Bone Music, Robert James Ritchie (Kid Rock), Matthew Shafer, John Travis, and Kenny Olson, alleging copyright infringement under 17 U.S.C. § 101 *et seq*. and trademark infringement under 15 U.S.C. § 1125.  The court concluded, *inter alia*, that the evidence did not establish that the songs in question were substantially or strikingly similar and granted summary judgment in favor of the defendants.  The defendants filed a motion for costs and attorney's fees under 17

U.S.C. § 505.

## II. DISCUSSION

As a preliminary matter, Landry argues that the defendants' motion for costs and attorney's fees is untimely because it was not filed within 30 days of the entry of judgment.

Pursuant to LR54.3 the party seeking costs must file a motion within 30 days after receiving notice of entry of judgment.  The date of the order, December 4, 2007, is not included in determining the 30-day period for seeking costs and attorney's fees.   Fed. R. Civ. Pro. 6.

Judgment was entered on December 4, 2007, and notice was electronically mailed on the same day.  The defendants' motion, filed on January 4, 2008, is untimely because it was filed more than 30 days after the defendant received notice of entry of judgment.  Accordingly, the motion is denied as untimely.

New Orleans, Louisiana, this  29th  day of February, 2008.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**